FILED

AUG - 1 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JORGE GOMEZ    )<br>) | CR. NO. __2:05CR166-F__<br>[21 USC 846]<br><br>INDICTMENT |

The Grand Jury charges:

### COUNT 1

That from an unknown date, and continuing thereafter up to August 2, 2005, the exact dates being unknown to the Grand Jury, in Montgomery County, within the Middle District of Alabama, and elsewhere,

JORGE GOMEZ,

defendant herein, did knowingly and intentionally conspire, combine and agree together with persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute more than 5 kilograms of cocaine, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Susan R. Redmond
Assistant United States Attorney