IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                              )
        v.               )     2:05-CR-166-F
                              )
JORGE GOMEZ               )

<u>GOVERNMENT'S MOTION FOR DETENTION HEARING</u>

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1.  <u>Eligibility of Cases</u>

This case is eligible for a detention order because this case involves:

_____     Crime of violence (18 U.S.C. 3156)

_____     Maximum sentence of life imprisonment or death

 X \_\_\_\_\_     10 + year drug offense

_____     Felony, with two prior convictions in the above categories

 X \_\_\_\_\_     Serious risk the defendant will flee

_____     Serious risk of obstruction of justice

2.  Reason For Detention

The Court should detain defendant because there are no conditions of release which will reasonably assure:

  X \_\_\_\_     Defendant's appearance as required

  X \_\_\_\_     Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

___X___    Probable cause to believe defendant committed 10 + year drug offense or a crime of violence or an offense in which a firearm was used or carried under Section 924(c)

_____   Previous conviction for "eligible" offense committed while on pretrial bond

_____   A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.  <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____ At the initial appearance

_X__ After continuance of _2__ days

Respectfully submitted this the 3rd day of August, 2005.

LEURA GARRETT CANARY
United States Attorney

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov