**COURTROOM DEPUTY MINUTES**      **DATE:**    **August 3, 2005**

**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING: 10:05 thru 10:17**

√  **INITIAL APPEARANCE**
❒  **BOND HEARING**
❒  **DETENTION HEARING**
❒  **REMOVAL HEARING (R.40)**
√  **ARRAIGNMENT**
❒  **ARRAIGNMENT on SUPERSEDING INDICTMENT**
❒  **PRELIMINARY EXAMINATION**

| | |
|---|---|
| **PRESIDING MAG. JUDGE** __MCPHERSON__ | **DEPUTY CLERK:** __Sheila Carnes__ |
| **CASE NO.** __2:05cr166-F__ | **DEFT. NAME:** __JORGE GOMEZ__ |
| **USA:** __Susan Redmond__ | **ATTY:** __Katherine Puzone__ |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO |
| | ( ) Stand In ONLY |
| **USPTSO/USPO:** __Ron Threatt__ | |

**Defendant** _____ **does** ___√___ **does NOT need an interpreter**

**Interpreter present** _____ **NO** _____ **YES**    **NAME:**_____

√  Date of Arrest    __8/2/05__    or    ❒ karsr40
√  Deft. First Appearance. Advised of rights/charges.  ❒Pro/Sup Rel Violator
√   Deft. First Appearance with Counsel
❒   Deft. First Appearance without Counsel
❒  Requests appointed Counsel    √**ORAL MOTION for Appointment of Counsel**
√   Financial Affidavit executed ❒ to be obtained by PTSO
√  **ORAL ORDER** appointing Community Defender Organization  - **Notice to be filed.**
❒  Panel Attorney Appointed; ❒ to be appointed - prepare voucher
√  Deft. Advises he will retain counsel.  **FD APPOINTED pending retention process so that**
   **detention hearing may proceed this week, at defendant's request.**
❒   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❒ To be followed by written motion;
√  Government's **WRITTEN** Motion for Detention Hearing filed prior to IA/Arraignment
√  **Detention Hearing** ❒ held; √ set for  __8/4/05 at 3:00 p.m.__
❒  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
❒  **ORDER OF DETENTION PENDING TRIAL** entered
❒   Release order entered.  Deft. advised of conditions of release
❒.  ❒**BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR)
   ❒**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
√  Bond **NOT** executed.  Deft to remain in Marshal's custody
❒  Preliminary Hearing ❒ Set for _____
❒  Deft. **ORDERED REMOVED** to originating district
❒  Waiver of ❒ preliminary hearing; ❒Kwvr40hrg. (Waiver of R.40 Hearing)
❒  Court finds **PROBABLE CAUSE**  Defendant bound over to the Grand Jury.
√  **ARRAIGNMENT** SET FOR: _____  √ HELD.  Plea of **NOT GUILTY** entered.
   ❒Set for _____ **Trial Term**; ❒ **PRETRIAL CONFERENCE DATE**: _____
   **DISCOVERY DISCLOSURES DATE**: _____
❒  NOTICE to retained Criminal Defense Attorney handed to Counsel
❒  Identity/Removal Hearing set for _____
❒  **Waiver of Speedy Trial Act Rights NOT Executed: Defendant DECLINED (at FD's request) to execute**
   **waiver at this time; he wants to wait until he talks with the attorney he plans to retain.**

.