# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

═══════════════════════════════════════════════════════════════════

UNITED STATES OF AMERICA

    vs.                                  CR NO: 05cr166-F

JORGE GOMEZ

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon the motion of the government, it is ORDERED that a detention hearing be set for 4 August 2005**\*** at 2:00 p.m. before UNITED STATES MAGISTRATE JUDGE VANZETTA PENN MCPHERSON, Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 5A, One Church Street, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:   3 August 2005                      /s/ Vanzetta Penn McPherson
                                                  VANZETTA PENN MCPHERSON
                                                  UNITED STATES MAGISTRATE JUDGE

_____

     **\***If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. §3142(f)(2).
     A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.