UNITED STATES DISTRICT COURT    RECEIVED
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION          2005 AUG -4  A 10: 02

UNITED STATES OF AMERICA    §
                            §          DEBRA P. HACKETT, CLK
                            §            U.S. DISTRICT COURT
VS.                         §    CRIMINAL NO. 2:05CR166-F CT ALA
                            §
                            §
JORGE GOMEZ                 §

## MOTION FOR ADMISSION APPEAR PRO HAC VICE

COMES NOW, AL ALVAREZ, Attorney for JORGE GOMEZ, and files this his Motion to Appear Pro Hac Vice in all aspects of the criminal case filed against the defendant, and for cause would show unto the Court the following:

1.    Al Alvarez was licensed to practice law in the State of Texas in 1984. He was admitted to the Bar and is an attorney in good standing in the Southern District of Texas (See Attachment); Central Division in Illinois; the Fifth Circuit of the United States Court of Appeals; the Sixth Circuit of the United States Court of Appeals; the Seventh Circuit of the United States Court of Appeals; and the United States Supreme Court.

2.    Counsel represents that at least eighty percent (80%) of his practice is devoted to the practice of criminal law, and has tried a number of these cases to a jury.

3.    The undersigned request that the necessity for local counsel be waived.

WHEREFORE, PREMISES CONSIDERED, it is respectfully prayed that AL ALVAREZ be admitted pro hac vice for the purposes of representation of JORGE GOMEZ, in all proceedings in the criminal case filed against him.

Respectfully Submitted,

**LAW OFFICES OF AL ALVAREZ**
4409 NORTH MCCOLL ROAD
MCALLEN, TEXAS 78504
(956) 686-3700 *Telephone*
(956) 687-7075 *Telecopier*


AL ALVAREZ
STATE BAR NO:  01126850
FEDERAL I.D.# 13319
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion has been mailed

and/or hand delivered to the U. S. Attorney's Office, Ms. Susan Redman, Assistant United States

Attorney, PO Box 197, Montgomery, Alabama 36101-0197, on this 3rd day of August, 2005.


AL ALVAREZ

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUNDERN        **DISTRICT OF**        TEXAS

**CERTIFICATE OF
GOOD STANDING**

I,      MICHAEL N. MILBY      *, Clerk of this Court,*

*certify that* Adolfo "Al" Alvarez *, Bar #* 01126850 *,*

*was duly admitted to practice in this Court on*

August 16, 1991 *, and is in good standing*

DATE

*as a member of the Bar of this Court.*

*Dated at* McAllen, Texas *on* August 3, 2005 .

LOCATION           DATE

MICHAEL N. MILBY
CLERK

*DEPUTY CLERK*