# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 2:05-CR-166-F |
| **JORGE GOMEZ** | ) | |

## RESPONSE TO COURT ORDER

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files its response to the Court's Order of August 3, 2005, as follows:

1. On August 3, 2005, the Government filed a Motion for Detention in the above-styled matter. The Court set a hearing date of August 4, 2005 which was vacated when defendant Gomez retained counsel from Texas.

2. The government has had an opportunity to speak with retained counsel, Al Alvarez and the parties have decided, consistent with the Court's Order of August 3, 2005, that a detention hearing in the matter should be set for August 10, 2005 at 2:00 p.m.

Respectfully submitted, this the 5th day of August, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CRIMINAL NO. 05-CR-166-F** |
| **JORGE GOMEZ** ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Al Alvarez.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov

2