IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  05CR166-F |
| | ) | |
| JORGE GOMEZ | ) | |

## ORDER ON MOTION

Upon consideration of the Defendants' Motion for Admission Pro Hac Vice (Doc. #10) filed on 4 August 2005, and it appearing that AL ALVAREZ, ESQ., is a member in good standing of the United States District Court for the Southern District of Texas, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 8th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE