IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05CR166-F |
| | ) | |
| JORGE GOMEZ | ) | |

# ORDER

Based upon the government's Response to Court Order (Doc. #11), filed on 5 August 2005, and for good cause, it is

ORDERED that a detention hearing be set for 10 August 2005 at 2:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned.

The U. S. Marshal shall produce the defendant, JORGE GOMEZ, for the hearing.

Done this 8th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE