**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**
☐ **INITIAL APPEARANCE**                               **DATE: 8/10/05**
☐ **BOND HEARING**
☐ **DETENTION HEARING**                    **DIGITAL Recording :2:12 - 2:17**
☐ **PRELIMINARY (EXAMINATION)(HEARING)**
☐ **REMOVAL HEARING (R.40)**
√ **ARRAIGNMENT**

**PRESIDING MAG. JUDGE:VANZETTA PENN MCPHERSON    DEPUTY CLERK: Wanda  Robinson**

**CASE NO. 05cr166-F                          DEFENDANT NAME:Jorge Gomez**

**AUSA: Adolph "Al" Alvarez_____    DEFT. ATTY:__Terry Moorer_____**

**Type Counsel: (√ )Retained; ( ) CJA; ( ) Waived; ( ) FPD**

**PTSO: Ron Thweatt_____          USPO: _____**

**Defendant ( ) does; ( √ )does NOT need an interpreter**

**Interpreter present  ( √ ) NO; ( ) YES      Name:**

_____

| | |
|---|---|
| ☐ | Date of Arrest 8/8/05  or ☐ Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| ☐ | Financial Affidavit executed ☐ *ORAL MOTION FOR APPT OF COUNSEL* |
| ☐ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel.  Has retained |
| ☐ | ☐ Government's ORAL  Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered.  Deft advised of conditions of release |
| ☐ | BOND EXECUTED (M/D AL charges) $. |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed.  Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ☐ Set for |
| ☐ | DISCOVERY DISCLOSURE DATE:  8/10/05 |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | WAIVER of Speedy Trial.  CRIMINAL TERM: 11/7/05 |