IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 2:05CR166-F |
| | ) | |
| JORGE GOMEZ | ) | |

**MOTION TO APPOINT CJA PANEL COUNSEL**

COMES NOW the Federal Defender Office and undersigned counsel and moves for the appointment of CJA Panel counsel for Jorge Gomez.[1]  In support of this motion undersigned counsel states:

1. On August 15, 2005, the Federal Defender Office was contacted by Jorge Gomez and his wife Elianna Gomez.

2. Both indicated that they would not be able to continue to afford the services of Al Alvarez, Esq., who has noticed an appearance as Mr. Gomez' counsel.

3. On August 16, 2005, undersigned counsel spoke with Al Alvarez who confirmed the Gomez' cannot afford his services and he stated he would be filing a motion to withdraw as counsel.

4. Mr. Gomez informed the Federal Defenders Office that he wished counsel be appointed to represent him.

5. As a result of a conflict, the Federal Defender Office cannot represent Mr. Gomez.

6. As Mr. Gomez no longer has counsel and the Federal Defenders Office cannot represent him as a result of a conflict, it is in the interest of justice and required under the

---

[1] The Federal Defender Office cannot represent Mr. Gomez.  This pleading is being filed pursuant to our obligation to assist indigent persons in obtaining representation from counsel.

Criminal Justice Act that panel counsel be appointed to represent Mr. Gomez.

WHEREFORE, Federal Defenders Office asks this Court to appoint CJA Panel counsel to represent Mr. Gomez.

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. NO. 2:05CR166-F |
| | ) | |
| **JORGE GOMEZ** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2005, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Susan Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138