IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 05CR166-F |
| | ) | |
| JORGE GOMEZ | ) | |

# ORDER ON MOTION

On 16 August 2005, the Federal Public Defender Office filed a Motion to Appoint CJA Panel Counsel (Doc. #19) on behalf of the defendant, JORGE GOMEZ.  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is GRANTED.  The Clerk shall appoint the next panel attorney available to represent the defendant for all further proceedings.  The Public Defender shall inform the newly appointed counsel of the detention hearing currently set for 19 August 2005 at 1:00 p.m. in Courtroom 5A.

Date:   17 August 2005                    /s/ Vanzetta Penn McPherson
                                          UNITED STATES MAGISTRATE JUDGE