UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG 18  P 12: 47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 2:05CR166-F |
| § | |
| § | |
| JORGE GOMEZ § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes AL ALVAREZ and moves to withdraw as attorney of record for Jorge Gomez in the above entitled and numbered cause, and for good cause shows the following:

I.

Defendant hired Mr. Alvarez. Defendant has informed Al Alvarez that he no longer wishes for him to represent him. Jorge Gomez wishes for the public defenders office to defend him.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned requests permission to withdraw as counsel of record.

Respectfully submitted,

**LAW OFFICES OF AL ALVAREZ**
4409 NORTH MCCOLL
MCALLEN, TEXAS 78504
(956) 686-3700 *Telephone*
(956) 687-7075 *Telecopier*

_____
AL ALVAREZ
FEDERAL ID#: 13319

**CERTIFICATE OF SERVICE AND CONFERENCE**

I do hereby certify that a true and correct copy of the foregoing Motion has been mailed and/or hand delivered to the U. S. Attorney's Office, Ms. Susan Redman, Assistant United States Attorney, PO Box 197, Montgomery, Alabama 36101-0197, on this 17th day of August, 2005.

__X__   I have conferred with Assistant United States Attorney in charge of this case, and he/she:

_____   Is opposed to this motion.

__X__   Is not opposed to this motion.

_____   Has no opinion regarding this motion.

_____   Would prefer to respond in writing.

_____   I was unable to confer with Assistant United States Attorney.

_____
AL ALVAREZ