**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:05-cr-166-F** |
| | ) | |
| **JORGE GOMEZ** | ) | |

**NOTICE OF APPEARANCE**

COMES NOW, John M. Poti, attorney at law, and presents notice to this Honorable Court, that he has been appointed to represent JORGE GOMEZ in the above-styled case.

s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Jorge Gomez
696 N. Silver Hills Drive, Suite 102
Prattville, AL 36066-6184
TEL: (334) 361-3535
FAX: (334) 361-3955
E-mail: john@jmpoti.com

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: _____none_____.

s/John M. Poti
JOHN M. POTI (POT013)
Attorney for Jorge Gomez
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:  (334) 361-3535
FAX:  (334) 361-3955
E-mail: john@jmpoti.com