IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR166-F |
| | ) | |
| JORGE GOMEZ | ) | |

## ORDER

The defendant was scheduled for a detention hearing on this date at 1:00 p.m. The court received the following advisory immediately before the hearing:

1. The defendant was recently convicted in the Southern District of Texas of bank fraud and is awaiting sentencing on 30 August 2005.

2. The defendant is named in a petition for revocation of his pretrial release in that case because of his arrest in this district for a federal offense and his travel outside the Southern District of Texas without permission of the Court.

3. The federal court in Texas has issued a warrant for the defendant's arrest.

Accordingly, the court advised counsel in open court of the futility of conducting a detention hearing. Defendant's counsel and the government's counsel agreed.

The defendant is hereby REMANDED to the custody of the U. S. Marshal, pending further orders of this court.

DONE this 19th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE