IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          CR NO. 05CR166-F
                                  )
JORGE GOMEZ                       )

# ORDER ON MOTION

Based upon the Notice of Attorney Appearance (Doc. #23) filed by newly appointed counsel

of record, it is therefore,

ORDERED that the Motion to Withdraw as Attorney of Record (Doc. #22) filed by Al

Alvarez, Esq., is GRANTED.

DONE this 19th day of August, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE