MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery , Alabama

HON.  VANZETTA PENN MCPHERSON

DATE COMMENCED:    8/19/05          DIGITAL RECORDING: *1:14 - 1:16*

DATE COMPLETED:    8/19/05

USA                                    *

vs                                     *          2:05cr166-F

JORGE GOMEZ                            *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Susan R. Redmond | * | John Poti |
| | * | |
| | * | |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

(   ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   Detention Hearing

| Description | 2:05cr166-F:  USA v. Jorge Gomez:  Detention Hearing | |
|---|---|---|
| Date | 8 /19/2005 | Location |
| Time | Speaker | Note |
| 1:14:11 PM | Court | Opens proceeding with facts regarding this case; |
| 1:16:12 PM | Defendant | Will not contest Motion for Detention |
| 1:16:38 PM | Govt | No Objections |
| 1:16:42 PM | Court | Defendant will be detained; remaned to USM |