**COURTROOM DEPUTY'S MINUTES**               **DATE:** 9/28/05

**MIDDLE DISTRICT OF ALABAMA**               **Digital Recording:** 9:25 - 9:26

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr166-F                 **DEFENDANT(S):** Jorge Gomez

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan R. Redmond | * * * * * | John M. Poti |

☐ **DISCOVERY STATUS:**        Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**             Likely Plea

☐ **TRIAL STATUS**             1 day
                               11/7/05 Trial Term

☐ **REMARKS:**
         **Make sure resolution in time to have Plea Agreement prior to Consent Date**