**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No. 2:05-cr-166-F |
| ) | |
| **JORGE GOMEZ** ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the defendant, by and through counsel, and gives his notice of his intent to change his plea to one of guilty and requests that a hearing be set for that purpose.

Respectfully submitted this <u>14th</u> day of <u>  October   </u>, 2005.

    s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Jorge Gomez
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: (334) 361-3955
Email: john@jmpoti.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Susan Redmond</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  <u>  none   </u> .

                  <u>s/John M. Poti</u>
                **JOHN M. POTI  (POT013)**
                Attorney for Jorge Gomez
                696 N. Silver Hills Drive, Suite 102
                Prattville, Alabama 36066-6184
                TEL:   (334) 361-3535
                FAX:   (334) 361-3955
                Email: john@jmpoti.com