| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 10/17/05 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:34 - 9:35 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr166-F    **DEFENDANT(S):** Jorge Gomez

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan R. Redmond | * * * * * | John M. Poti |

☐ **DISCOVERY STATUS:**    Complete

☐ **PENDING MOTION STATUS:**    None

☐ **PLEA STATUS:**    Plea by 10/31/05

☐ **TRIAL STATUS**    1 day
11/7/05 Trial Term

☐ **REMARKS:**    Plea Agreement already reviewed by Defendant