IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:05cr166-F |
| ) | |
| JORGE GOMEZ ) | |

## **ORDER**

The defendant, JORGE GOMEZ, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, JORGE GOMEZ, appear with counsel before the undersigned Magistrate Judge on 24 October 2005 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 17th day of October 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE