IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr166-F |
| | ) | |
| JORGE GOMEZ | ) | |

## **AMENDED ORDER**

For good cause, it is

ORDERED that this court's order of 17 October 2005 be AMENDED to reflect that the defendant, JORGE GOMEZ, appear with counsel before the undersigned Magistrate Judge on 24 October 2005 at ***9:00 a.m.***

DONE this 17th day of October 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE