IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr166-F |
| | ) | |
| JORGE GOMEZ | ) | |

## ORDER

On 17 October 2005, this court entered an order setting this case for a change of plea hearing on 24 October 2005. On 18 October 2005, counsel for the defendant represented to the court his conflict with the scheduled date. Therefore, it is

ORDERED that the defendant, JORGE GOMEZ, shall appear for a change of plea on 21 October 2005 at 9:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 18th day of October 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE