| COURTROOM DEPUTY MINUTES | DATE: 10/21/05 | DIGITAL RECORDING: 9:19 - 9:38 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: | RISA ENTREKIN |

❏ ARRAIGNMENT    x CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

PRESIDING MAG. JUDGE: *VANZETTA PENN MCPHERSON*    DEPUTY CLERK: *WANDA ROBINSON*
CASE NUMBER: *2:05cr166-F*    DEFENDANT NAME: *Jorge Gomez*
AUSA: *Susan Redmond*    DEFENDANT ATTY: *John M. Poti*
Type Counsel:    ( ) Waived;    ( ) Retained;    ( x ) Panel CJA;    ( ) CDO
USPO: *Dwayne Spurlock*
Defendant _____ does ___x___ does NOT need an interpreter.
Interpreter present? __x__ NO _____ YES    Name: _____

❏ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
❏ WAIVER OF INDICTMENT executed and filed.
❏ MISDEMEANOR INFORMATION filed.
❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty    ❏ Nol Contendere
❏ Not Guilty by reason of insanity
x Guilty as to:
    X Count(s) ___1___ of the Felony Indictment.
    ❏ Count(s) _____    ❏ dismissed on oral motion of USA;
    ❏ to be dismissed at sentencing

☒ **ORAL ORDER ADJUDICATING GUILT as to COUNTS**
☒ Written plea agreement filed.    ❏ OPEN/ORAL Plea Agreement.    ❏ ORDERED SEALED.    ❏ No Plea Agreement entered
❏ _____ Days to file pretrial motions.    ❏ _____ Trial date or term.
❏ **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release
    ❏ summons; for:
    ❏ Trial on _____ ;    ❏ Sentencing on _____    ❏ _____ Bond    ❏ to be set by Separate Order
☒ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
    ❏ Posting a $_____ Bond;
    ❏ Trial on _____ ; or ☒ Sentencing to be set for January 2006 or thereafter √ set by separate Order.
Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.