THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-166-F |
| | ) | |
| JORGE GOMEZ | ) | |

MOTION FOR DOWNWARD DEPARTURE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5k1.1, respectfully requests this Honorable Court to downwardly depart two(2) levels, in the sentence that would otherwise be imposed on Defendant Jorge A. Gomez, and as reasons therefore, submits the following:

1. The United States herein states that Defendant Jorge Gomez has provided substantial assistance in investigations of federal narcotics law violations in the Middle District of Alabama and the State of Texas.

2. The United States submits that it will consider a further motion for downward departure pursuant to Federal Rules of Procedure, Rule 35, should Defendant Jorge Gomez continue to cooperate with federal agents and the United States, and be ready, willing and able to testify in trials of the violators of federal law.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure from the calculated guideline range.

Respectfully submitted this the 19th day of December, 2005.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    susan.redmond@usdoj.gov

THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-166-F |
| | ) | |
| JORGE GOMEZ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John M. Poti.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov