# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING                    AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | 1/6/06 | AT: | 9:35 a.m. |
| DATE COMPLETED: | 1/6/06 | AT: | 9:50 a.m. |

UNITED STATES OF AMERICA            §
vs.                                                              §        CR. NO. 2:05CR166-F
                                                                   §
JORGE GOMEZ                                        §

_____

          GOVERNMENT              APPEARANCES:              DEFENDANT
Susan Redmond                                                              John M. Poti

_____

COURT OFFICIALS PRESENT:

Meredyth Cohen, Law Clerk                                    Jakki Caple, USPO
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter

_____

COURTROOM  PROCEEDINGS:

( X )  **Sentencing**

| | |
|---|---|
| 9:35 a.m. - | Court convenes. |
| | Defense counsel states the terms of the plea agreement to the Court. |
| | The Court will follow the terms of the plea agreement and accepts the defendants plea. |
| | The Court will GRANT the Government's Motion for Downward Departure for Acceptance of Responsibility (Doc. #41). |
| | The Government states the reasons for filing their Motion for Downward Departure in which this information will be kept under seal with the Court. |
| | The Court will GRANT Government's Motion for Downward Departure (Doc. #40) and terms as MOOT Defense counsel's Motion for Downward Departure (Doc. #42). |
| | The Court sentences defendant and advises him of his right to an appeal. |
| | The defendant asks the Court to be placed in a facility near his home in McAllan, Texas if possible. |
| | The Court will GRANT defendant's request to be placed in Texas. |
| 9:50 a.m - | Court is in recess. |